IN RE RESIGNATION OF LAUX.

[Cite as In re Resignation of Laux (1990), 55 Ohio St. 3d 602.]

(No. 90-1820—Submitted October 3, 1990—Decided October 10, 1990.)

The resignation of Richard Stephen Laux as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.